**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | **CR13-178 (SAXTON)** |
| | ) | **CR13-179 (GORDON)** |
| **STANLEY SAXTON and** | ) | |
| **NCIOLE GORDON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

AND NOW, this 23rd day of July, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that a Fed.R.Crim.P. 44(c) hearing to advise Defendants Stanley Saxton and Nicole Gordon of their rights to effective assistance of counsel, which includes separate representation, shall be held on Thursday, August 8, 2013 at 1:00 P.M. in Courtroom 8A, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania. Defense counsel shall notify Defendants Stanley Saxton and Nicole Gordon that their appearance is required.

It is further hereby ORDERED, ADJUDGED, AND DECREED that this time period shall be excluded under Title l8 U.S.C. § 3l6l(h)(7)(A), since the additional period is necessary to enable the court to advise Defendants Stanley Saxton and Nicole Gordon of their rights to effective assistance of counsel, which includes separate representation and, therefore, the ends of justice served by the granting of this continuance outweigh the best interest of the public and the Defendants in a speedy trial.

S/Maurice B. Cohill, Jr. _____
Maurice B. Cohill, Jr.
Senior United States District Court Judge