UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-00179 |
| | ) | |
| | ) | |
| | ) | CONSENT MOTION TO RETURN PASSPORT TO DEFENDANT |
| v. | ) | |
| | ) | |
| NICOLE GORDON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF COURT

AND NOW, to wit, this ___10th___ day of ___September___, 2014, upon consideration of the within Consent Motion to Return Passport to Defendant, Defendant's motion is GRANTED, and the U.S. Probation Office is ordered to deliver Defendant's passport to Defendant's attorney at a time and place convenient to the parties.

_____ J.